**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTONIO NATHANIEL CHANDLER,**<br>*Plaintiff,*<br><br>v.<br><br>**EQUIFAX INFORMATION SERVICES LLC,**<br>*Defendant.* | Civil No. 25-2834 |

## ORDER

**AND NOW**, this 28th day of May, 2026, upon consideration of Defendant Equifax Information Services LLC's Motion to Compel Discovery Responses (ECF No. 40), it is hereby **ORDERED** that Plaintiff shall respond to Defendant's Interrogatories and Requests for Production of Documents within 14 days of the date of this Order.

**IT IS FURTHER ORDERED** that Plaintiff shall appear for his deposition on a mutually acceptable date within 30 days of the date of this Order.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.