**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANTONIO NATHANIEL CHANDLER,<br>*Plaintiff,*<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br>*Defendant.* | Civil No. 25-2834 |

**SECOND AMENDED SCHEDULING ORDER**

**AND NOW**, this 27th day of May, 2026, it is hereby **ORDERED** as follows:

1.    In the event all parties agree and so inform the Court, the Court will refer this case to the Eastern District of Pennsylvania's Mediation Program.

2.    The parties shall complete all discovery by July 27, 2026.

3.    Motions for summary judgment or motions to exclude expert testimony, if any, shall be filed by August 26, 2026.  Responses shall be filed no later than September 16, 2026.

4.    A trial readiness conference will be held on December 1, 2026, at 10:00 a.m., in Courtroom 6A at the James A. Byrne United States Courthouse located at 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

_____
MARY KAY COSTELLO, J.